# EXHIBIT B

| US10790703 B2 Claim 1 | Renesas Electronics's EVK Evaluation Kit |
|---|---|
| 1. A wireless power transfer system for wirelessly charging a powered device, comprising: | **RENESAS**  **P9222-R-EVK Evaluation Kit Manual**<br><br>**Description**<br><br>The P9222-R-EVK Wireless Power Evaluation Board can be used to demonstrate the features and performance of the P9222-R 5W Wireless Power Receiver in low power 2.5W applications such as in earbuds charging cases. The P9222-R-EVK can also supply up to 5W power. IDT's P9235A-RB-EVK Evaluation Board or any other Qi certified transmitter can be used as the power transmitter for P9222-R-EVK evaluation board testing.<br><br>The P9222-R-EVK demonstrates a high-efficiency, turnkey reference design and is supported by comprehensive online, digital resources to significantly expedite the design-in effort and enable rapid prototyping. The printed circuit board (PCB) has four layers. The total solution area (excluding coil) is approximately 70 $mm^2$ out of which 37 $mm^2$ is occupied by the components. A small 30×30mm power receiver coil is used in the design to meet small form-factor device requirements.<br><br>Using the P9222-R Windows GUI and the P9222-R-EVK, customers can quickly customize operating parameters for their applications. Operating parameters such as foreign object detection (FOD) parameters can be configured by either writing to internal SRAM registers via the I2C interface, or by loading the user configuration generated by the P9222-R Windows GUI into an external EEPROM. The P9222-R-EVK has an on-board external EEPROM and connectors to plug-in the USB to an I2C programming dongle.<br><br>**Features**<br>- WPC1.2.4 Baseline Power Profile (5W) compatible<br>- Design optimized for low power (2.5W) applications with 30×30mm coil<br>- Approximately 70$mm^2$ solution area<br>- Schematic and layout files are available online<br>- Works with the P9222-R Windows GUI<br>- Easy configuration of design parameters through I2C interface<br>- On-board external EEPROM for flexible design parameter updates<br>- J12 connector compatible with the "USB-FTDI-V2-1" (FTDI) and ARM60 USB-to-I2C dongles<br>- 4-layer PCB with 1oz copper<br><br>**Kit Contents**<br>- P9222-R-EVK Evaluation board including the coil assembly<br><br>© 2020 Renesas Electronics Corporation. All rights reserved.<br><https://www.renesas.com/us/en/document/mah/p9222-r-evaluation-kit-manual?r=32315><br><br>Renesas Electronics's EVK Evaluation Kit is a wireless power transfer system for wirelessly charging a powered device.<br><br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| US10790703 B2 Claim 1 | Renesas Electronics's EVK Evaluation Kit |
|---|---|
| a **battery power source** for supplying power to the wireless power transfer system; | **3.1  LDO Output Voltage (VOUT) Configuration**<br><br>The default VOUT voltage of the P9222-R-EVK is 5.0V. The user can change the default Vout voltage in accordance with specific user design requirements and store the modified configuration in the external EEPROM, or an external Applications Processor (AP) can adjust VOUT voltage continuously via the I2C interface. In addition, an external MCU can continuously read the battery voltage and change VOUT to lower the losses in the battery charger to optimize the total system efficiency. The P9222-R configurable Vout voltage range is from 3.5V to 12V.<br><br><https://www.renesas.com/us/en/document/mah/p9222-r-evaluation-kit-manual?r=32315><><br><br>The reference describes a battery power source for supplying power to the wireless power transfer system. |

| US10790703 B2 Claim 1 | Renesas Electronics's EVK Evaluation Kit |
|---|---|
| **wireless communication circuitry** for establishment of a close-range wireless communication over which a **message** associated with the powered device is communicated from the powered device; and | **3.4.1  Modulation Capacitor and Interrupt Enables**<br><br>The P9222-R sends the communication packets to the transmitter using ASK modulation of the coil voltage. For ASK modulation, the P9222-R switches the capacitors on and off that are on the COM1, COM2, CMA, and CMB pins using internal MOSFETs. By default, the P9222-R switches only the MOSFETs on the COM1 and COM2 pins. ASK modulation depth can be increased by enabling the switches on the CMA and CMB pins. Measure the modulation depth on the transmitter demodulation circuitry, and if too small, adjust the ASK modulation depth by enabling the CMA and CMB switches. Modulation depth can also be increased by increasing the capacitor value. The AP can also change the ASK modulation depth by writing to the ASK modulation depth Registers (0xF4).<br><br><https://www.renesas.com/us/en/document/mah/p9222-r-evaluation-kit-manual?r=32315><><br><br>The reference describes wireless communication circuitry for establishment of a close-range wireless communication over which a message associated with the powered device is communicated from the powered device. |

| US10790703 B2 Claim 1 | Renesas Electronics's EVK Evaluation Kit |
|---|---|
| **wireless powering circuitry** including a **transmitter** configured to emit electromagnetic waves to form a radiative powering region within which the electromagnetic waves can be received by wireless powered circuitry of the powered device to generate power for charging a battery in the powered device, the wireless powering circuitry being configured to be **activated when the close-range wireless communication is established**, | **3.4.1 Modulation Capacitor and Interrupt Enables**<br><br>The P9222-R sends the communication packets to the transmitter using ASK modulation of the coil voltage. For ASK modulation, the P9222-R switches the capacitors on and off that are on the COM1, COM2, CMA, and CMB pins using internal MOSFETs. By default, the P9222-R switches only the MOSFETs on the COM1 and COM2 pins. ASK modulation depth can be increased by enabling the switches on the CMA and CMB pins. Measure the modulation depth on the transmitter demodulation circuitry, and if too small, adjust the ASK modulation depth by enabling the CMA and CMB switches. Modulation depth can also be increased by increasing the capacitor value. The AP can also change the ASK modulation depth by writing to the ASK modulation depth Registers (0xF4).<br><br><https://www.renesas.com/us/en/document/mah/p9222-r-evaluation-kit-manual?r=32315><br><br>The reference describes wireless powering circuitry including a transmitter configured to emit electromagnetic waves to form a radiative powering region within which the electromagnetic waves can be received by wireless powered circuitry of the powered device to generate power for charging a battery in the powered device, the wireless powering circuitry being configured to be activated when the close-range wireless communication is established. |

| US10790703 B2 Claim 1 | Renesas Electronics's EVK Evaluation Kit |
|---|---|
| wherein transmission power of the wireless communication circuitry is so controlled as to **make a range of the close-range wireless communication substantially narrower** than a range of the radiative powering region, | <br><br>Green LED on P9222-R-EVK indicates the wireless connection has been made<br><br>Green LED on P9235A-RB-EVK indicates the wireless connection has been made<br><br><https://www.renesas.com/us/en/document/mah/p9222-r-evaluation-kit-manual?r=32315><br><br>The reference describes transmission power of the wireless communication circuitry is so controlled as to make a range of the close-range wireless communication substantially narrower than a range of the radiative powering region. |

| US10790703 B2 Claim 1 | Renesas Electronics's EVK Evaluation Kit |
|---|---|
| wherein the **message is issued by the powered device when a battery level of the battery is below a predetermined threshold**, and the wireless powering circuitry is configured to be activated in response to receipt of the message from the powered device over the established close-range wireless communication, and<br><br>wherein, when the wireless power transfer system is powered by the battery power source, a **determination is made whether a** level of drop in a battery level **of the battery power source in a given time period is below a threshold**, so that activation of the wireless powering circuitry is allowed only when the level of drop is determined to be below the threshold. | **3.2 Current Limit (ILIM) Configuration**<br><br>The current limit threshold value is used to limit the output current of main LDO on the VOUT pin. If the output current reaches the target limit value, the VOUT voltage level will decrease due to the current limit setting if the output load is over the current limit level. The default ILIM value of the P9222-R-EVK is 1.6A. The user can change the default current limit value in accordance with specific user design requirements and store the modified configuration into an external EEPROM. In addition, after the P9222-R enters the power transfer phase, an external AP can adjust the ILIM value by writing to the ILIM_Set register (0x3D) via the I2C interface. The P9222-R firmware reads the internal register value in regular time base and updates the current limit value. The current limit can be incremented in steps of 100mA.<br><br>$$Current\ Limit\ (ILIM) = \text{Decimal Value of 0x3D register} \cdot 0.1\ (A) \qquad \text{Equation 2}$$<br><br>The default Current Limit value can be configured by writing a configuration file into the external EEPROM. The configuration file can be generated using the P9222-R Windows GUI. For information on how the configuration file can be generated using the P9222-R Windows GUI, see "VOUT Configuration Change Using an External EEPROM."<br><br><https://www.renesas.com/us/en/document/mah/p9222-r-evaluation-kit-manual?r=32315><br><br>The reference describes the message is issued by the powered device when a battery level of the battery is below a predetermined threshold, and the wireless powering circuitry is configured to be activated in response to receipt of the message from the powered device over the established close-range wireless communication.<br><br>The reference describes when the wireless power transfer system is powered by the battery power source, a determination is made whether a level of drop in a battery level of the battery power source in a given time period is below a threshold, so that activation of the wireless powering circuitry is allowed only when the level of drop is determined to be below the threshold. |